# EXHIBIT 1



Политика сегодня
Sponsored
Правда о политике
See Translation

👍 Like Page



👍 Like        💬 Comment        ↪ Share

Page: Politics Today
Text: "Truth about politics"

10
Вестник Москвы
Sponsored
👍 Like Page

Семь фишек московского образования
1. Доступность для школьников
2. Престиж профессии учителя
3. Независимая и понятная оценка знаний   See More
See Translation

Это Москва!

👍 Like        💬 Comment        ↪ Share

Page: Herald of Moscow
Text: Seven pillars of Moscow's education
1) Accessibility for schoolchildren
2) the prestige of the teaching profession
3) knowledge assessment
4) natural science and engineering education
5) Moscow's school of electronics
6) the Saturday of a Moscow schoolboy
7) the openness of the seven pillars of Moscow's education
Video promotes Russian, and particularly, Moscow's education system as above all

---

КРАСИВО О РОССИИ

👍 Like        💬 Comment        ↪ Share

Page: Politics
Text: These news won't be on TV Image
Text: "Our News. Beautiful about Russia"

8
Политкач
Sponsored
👍 Like Page

Подписывайся на наш инстаграм! Политика тоже может быть вкусной
See Translation

УГАДАЙ КАНДИДАТА         УГАДАЙ КАН

2018МАРТА

Политика на развенчано

Learn More

👍 Like        💬 Comment        ↪ Share

"Page: Politkach
Text: "Sign up for our Instagram! Politics can also be delicious" :)
Image Text: "Guess the candidate" Logo for 2018 Russian election is on the right side of the images "

11
Spicy Blogger
Sponsored
Присоединяйся к нам если согласен с ней! Ставь    чтобы не потерять нашу страничку!
See Translation

Spicy Blogger
Community
101824 people like this
👍 Like Page

👍 Like        💬 Comment

---

Page: Federal News Agency
Text: "Sign up to be in the know about the important news in the country and the world" --- links to Federal News Agency Telegram channel"

9
Теория Элит
Sponsored
👍 Like Page

#Boeing_site

К чему готовятся Ротшильды?
Банковские наследники Ротшильда Нэнси Кларич Тильман и Джеффри Р. Хогет продали собственность в 5 400 гектаров ...
https://boeingisback.com/interesnoe/rothschild-mansion.html
See Translation

К чему готовятся Ротшильды?
BOEINGISBACK.COM

👍 Like        💬 Comment        ↪ Share

Page: Elite Theory
Text: #Boeing_site
[lightning emoji] What are the Rothschilds preparing for?

Rothschild's bank heirs Nancy Clarich Tilman and Jeffrey R. Hoget sold a property in 5,400 hectares ... https://boeingisback [.] Com/interesnoe/ rothschild-mansion[.]Html
What are the Rothschilds preparing for?
What are the Rothschilds preparing for?
boeingisback [.] com

12
Spicy Blogger
Sponsored
👍 Like Page

Как Грудинин договаривался с Зюгановым о президентской кампании
See Translation



Video promotes Russian, and particularly, Moscow's education system as above all the rest in Western countries. Each video clip and text notes comparisons against the US, UK, Germany, China. After each advancement of Moscow's academic prowess is presented, a note shows up about how New York, London, Shanghai, Berlin others need to catch up.

19



Федеральное агентство новостей
Sponsored · 

Подписывайтесь, чтобы быть в курсе важных новостей в стране и мире:
https://t.me/riafan
See Translation



ФЕДЕРАЛЬНОЕ
АГЕНТСТВО НОВОСТЕЙ

Главный новостной Telegram-канал →
Официальный канал «Федерального агентства новостей» - информ...
HTTPS://T.ME/RIAFAN                                Learn More

460 Reactions · 12 Comments · 18 Shares

👍 Like            💬 Comment            ↪ Share

Page: Federal News Agency
Text: Subscribe to keep on top of important news in the country and the world: -- links to Federal News Agency Telegram channel"

16

Tourism in Russia
Sponsored · 

We are the best page about Russia in english!
The Borsch - taste of Russia 🍲
This is a traditional beetroot soup. Beef stock, beets and cabbage, potatoes and sour cream are main ingredients of the dish.



👍 Like            💬 Comment            ↪ Share

---

👍 Like                                  💬 Comment

Page: Spicy Blogger
Text: Join us if you agree with him! Put [thumbs up emoji] not to lose track of our page!

14

Вестник Москвы                          👍 Like Page
Sponsored · 

Гостям фестиваля «Мос/Еда!» предложат освоить традиционные игры и забавы жителей российских регионов

17 и 18 марта в Москве пройдет масштабный гастрономический фестиваль «Мос/Еда!». На 70-ти площадках посетители фестиваля смогут поучаствовать в подвижных играх, шуточных соревнованиях и познавательных гастрономических викторинах.

В программу входят «Богатырский турнир», северная разновидность салочек, «данетки» на тему продуктов питания, игра «Древки», и многое другое... See More
See Translation



194 Reactions · 17 Comments · 30 Shares

👍 Like            💬 Comment            ↪ Share

Page: Herald of Moscow
Text: Guests of the festival "Mos / Food!" will be able to master traditional games and amusements of residents of Russian regions.

On March 17 and 18, a large-scale gastronomic festival ""Mos / Food!""" Will be held in Moscow. At 70 sites, festival visitors will be able to participate in mobile games, comic competitions and cognitive gastronomic quizzes.

The program includes the "Bogatyr Tournament", the northern version of the turtles, ""danetki"" on food, the game "Drevki", and much more....See More

17

Sponsored Page

Выборы 2018
Sponsored · 

А ты пойдешь голосовать за Грудинина на выборах президента? Ставь лайк, если да!

---

537 Reactions · 98 Comments · 245 Shares

👍 Like            💬 Comment            ↪ Share

"Page: Spicy Blogger
Text: How Grudinin negotiated with Zyuganov about the presidential campaign

15

Выборы 2018
Sponsored · 

А ты пойдешь голосовать за Путина на президентских выборах? Ставь лайк, если поддерживаешь)
See Translation



Выборы 2018
Community
47319 people like this                    👍 Like Page

7.4K Reactions · 262 Comments · 1 Share

👍 Like                                  💬 Comment

Page: Elections 2018
Text: Will you go vote for Putin in the presidential election? Click "like" if you are supporting him.

18

Вестник Подмосковья
Sponsored · 

Вы из Подмосковья? Любите родные края? Скорее подписывайтесь, чтобы быть в курсе новостей
See Translation

Вестник Подмосковья



Page: Tourism in Russia
Text: We are the best page about Russia in English! The Borsch - taste of Russia [heart eyes emoji] This is a traditional beetroot soup. Beef stock, beets and cabbage, potatoes and sour cream are main ingredients of the dish.

19

Политика сегодня    Like Page
Sponsored

Патриоты (не идиоты) о политике. Подписывайтесь, у нас жарко
See Translation



Page: Politics Today
Text: Patriots (not idiots) on politics. Sign up; it's hot in here. The poster reads "We're teaching our kids Solzhenitsyn; we get repentance and appearances in the Bundestag!"

---

comic competitions and cognitive gastronomic quizzes.

The program includes the "Bogatyr Tournament", the northern version of the turtles, ""danetki"" on food, the game "Drevki", and much more....See More

17

Выборы 2018
Sponsored

А ты пойдёшь голосовать за Грудинина на выборах президента? Ставь лайк, если да!



Выборы 2018
Community    Like Page
47318 people like this

Page: Elections 2018
Text: Will you go vote for Grudinin in the presidential election? Click "like" if yes.
Image: Communist Candidate Pavel Grudinin"

20

Вестник Подмосковья
Sponsored

Ты ведь из Подмосковья? Тогда скорее подписывайся на нашу страницу, чтобы быть в курсе всех новостей любимой области
See Translation



Вестник Подмосковья
Community    Like Page
12788 people like this

Page: Herald of the Moscow Region
Text: You're from the Moscow suburbs, aren't you? So go ahead and subscribe to our page to be informed of all the news of your favorite area :)

---

See Translation



Вестник Подмосковья
Community    Like Page
11978 people like this

Page: Herald of the Moscow region
Text: Are you from the Moscow suburbs? Love your native region? Sign up already to stay on top of the news!