# EXHIBIT 3

## Приложение 2: сообщение о блокировке паблика в Facebook



**Translated from Russian**

## Appendix 2: Message on blockage of Facebook public group

[Translation of main texts of screenshots]

3d of April

Hello,

Your Page Federal Agency of News [Федеральное агентство новостей] has been deleted for violating our Terms of Service. Facebook page is a special presentation used for business or advertising purposes. Please note that pages containing threats, offensive or indecent content are prohibited. Additionally, Pages aimed against another user or group of users, as well as Pages created by an unauthorized user will be deleted. If your Page has been deleted for one of the foregoing reasons, it will not be restored. If you continue to use the site's function inappropriately, your account could be blocked.

The Facebook Team

3d of April

Hello,

Your Page Politics Today [Политика Сегодня] has been deleted for violating our Terms of Service. Facebook page is a special presentation used for business or advertising purposes. Please note that pages containing threats, offensive or indecent content are prohibited. Additionally, Pages aimed against another user or group of users, as well as Pages created by an unauthorized user will be deleted. If your Page has been deleted for one of the foregoing reasons, it will not be restored. If you continue to use the site's function inappropriately, your account could be blocked.

The Facebook Team

3d of April

Hello,

Your Page Federal Agency of News [Федеральное агентство новостей] has been deleted for violating our Terms of Service. Facebook page is a special presentation used for business or advertising purposes. Please note that pages containing threats, offensive or indecent content are prohibited. Additionally, Pages aimed against another user or group of users, as well as Pages created by an unauthorized user will be deleted. If your Page has been deleted for one of the foregoing reasons, it will not be restored. If you continue to use the site's function inappropriately, your account could be blocked.

The Facebook Team

[Stamp: TRUE COPY * GENERAL DIRECTOR E.L. ZUBAREV]

[Signature]
[Seal:     LIMITED     LIABILITY COMPANY * ST. PETERSBURG * Federal Agency of News
INN
OGRN                                        ]