UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

Federal Agency of News LLC, et al.

Plaintiff(s)

vs.   Case No.: 5:18-cv-07041-SVK

Facebook, Inc.

Defendant

## AFFIDAVIT OF SERVICE

I, Jeremy Glaze, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Original Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 12/04/2018 at 3:15 PM, I served Facebook, Inc. c/o CSC-Lawyers Incorporating Service, Registered Agent with the Summons and Original Complaint with Exhibits at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, California 95833 by serving Catherine Webb, Designated Agent, authorized to accept service.

I declare under penalty of perjury that this information is true, and correct

12/12/18
Executed On



Jeremy Glaze

Client Ref Number: 096464.00001
Job #: 1554541

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050