UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　　Defendant. | Case No. 18-CV-07041-LHK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PARTIES' STIPULATION**<br><br>Re: Dkt. No. 18 |

On February 5, 2019, the parties filed a stipulation seeking to extend the briefing schedule for a motion to dismiss that is yet to be filed, and to postpone the initial case management conference until the hearing date of the motion to dismiss. ECF No. 18 at 2-3.

Plaintiffs' counsel shall file a notice that he has obtained a special license from the Office of Foreign Assets Control ("OFAC") to represent Plaintiff Federal Agency of News LLC within 48 hours of receipt of such license, and in any event, the parties file a joint status report by February 28, 2019.

Moreover, the Defendant shall have until 45 days to respond to the complaint after Plaintiffs' counsel files his notice that he has obtained a special license from OFAC. In addition, the Court extends Plaintiffs' time to respond to Defendant's motion to dismiss to 30 days, and

1

Defendant's time to file a reply in support of its motion to dismiss to 14 days.

The initial case management conference will take place one month after the motion to dismiss hearing because the initial case management conference will be more productive after a ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 6, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge