UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.,<br><br>   Defendant. | Case No. 18-CV-07041-LHK<br><br>**ORDER STAYING CASE** |

Plaintiffs' counsel has still not obtained a special license from the Office of Foreign Assets Control ("OFAC") to represent Plaintiff in the instant case. This case cannot proceed without that special license. This Court stays the case until Plaintiffs' counsel obtains the special license from OFAC and this Court lifts the stay. The Clerk shall administratively close the file. This is a purely internal administrative procedure that does not affect the rights of the parties.

Despite the stay and administrative closure of the case file, Plaintiffs' counsel shall file a notice that he has obtained a special license from OFAC within 48 hours of receipt of such license, and in any event, the parties file a joint status report by February 28, 2019.

Moreover, the Defendant shall have until 45 days to respond to the complaint after Plaintiffs' counsel files his notice that he has obtained a special license from OFAC. In addition,

the Court extends Plaintiffs' time to respond to Defendant's motion to dismiss to 30 days, and Defendant's time to file a reply in support of its motion to dismiss to 14 days.

The initial case management conference will take place one month after the motion to dismiss hearing because the initial case management conference will be more productive after a ruling on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: February 21, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge