UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 18-CV-07041-LHK <br><br> **ORDER LIFTING STAY OF CASE** |

On February 5, 2019, Plaintiffs represented to the Court that Plaintiffs needed a special license from the Office of Foreign Assets Control ("OFAC") in order to represent Plaintiff Federal Agency of News LLC. ECF No. 18 at 2. On February 21, 2019, the Court stayed the case and administratively closed the case file because Plaintiffs had not yet received the special license from OFAC. ECF No. 20. On February 28, 2019, the parties filed a joint status report in which the parties represented that OFAC informed Plaintiffs' counsel that a special license was not needed. ECF No. 21. In the joint status report, the parties represented that on February 21, 2019, Plaintiffs counsel sent email correspondence to the Court informing the Court that the special license was not needed. *Id.* However, the Court's February 6, 2019 and February 21, 2019 orders, ECF Nos. 19 and 20, ordered Plaintiffs to file notice of OFAC's decision regarding the special license within

48 hours of receipt of the decision. Plaintiffs' email is insufficient. In future, when the Court orders the parties to file a document, the parties must do so on ECF.

Therefore, the Court lifts the stay of the case. The Clerk shall reopen the file.

Moreover, Defendant shall have 45 days from March 1, 2019 to respond to the complaint. In addition, the Court extends Plaintiffs' time to respond to Defendant's motion to dismiss to 30 days, and Defendant's time to file a reply in support of its motion to dismiss to 14 days.

The initial case management conference is scheduled for September 4, 2019, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: March 1, 2019

_____
LUCY H. KOH
United States District Judge

2

Case No. 18-CV-07041-LHK
ORDER LIFTING STAY OF CASE