United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 18-CV-07041-LHK <br><br> **ORDER RE COMMUNICATIONS WITH THE COURT** |

On February 21, 2019, the parties attempted to contact the Court by emailing LHKpo@cand.uscourts.gov to give a status update about obtaining a special license from the Office of Foreign Asset Controls. The LHKpo@cand.uscourts.gov email address is for proposed orders, not for substantive communications with the Court. This Court generally drafts its own orders, so the proposed order email address is not checked regularly. In the future, if the parties wish to email the Court regarding matters appropriate for email communications, they shall email the Courtroom Deputy at lhkcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 6, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1