UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 18-CV-07041-LHK <br><br> **ORDER VACATING MOTION TO DISMISS HEARING AND DENYING AS MOOT STIPULATION TO RESCHEDULE MOTION TO DISMISS HEARING** <br><br> Re: Dkt. No. 30 |

On July 3, 2019, Defendant filed a stipulation to continue the hearing date of the pending motion to dismiss, ECF No. 25, from July 18, 2019 to August 22, 2019. ECF No. 30.

The Court has reviewed Defendant's motion to dismiss, Plaintiffs' opposition, and Defendant's reply. As a result, the Court finds that the parties' briefing is sufficiently detailed and informative as to eliminate the need for oral argument in this matter. Consequently, the Court hereby VACATES the July 18, 2019 hearing on the pending motion to dismiss. Moreover, the Court hereby DENIES as moot the stipulation to continue the motion to dismiss hearing date.

**IT IS SO ORDERED.**

1  Dated: July 5, 2019

2  ___Lucy H. Koh___
3  LUCY H. KOH
   United States District Judge