UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL AGENCY OF NEWS LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 18-CV-07041-LHK<br><br>**JUDGMENT** |

On January 13, 2020, the Court granted Facebook's motion to dismiss with prejudice. ECF No. 44.  Accordingly, the Clerk shall enter judgment in favor of Facebook.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 13, 2020

　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 18-CV-07041-LHK
JUDGMENT

1